# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

GUY CLAYTON BARNES,                                                                           PLAINTIFF
ADC #93209

v.                                        No. 4:12CV00289 JLH-JTK

FORT SMITH POLICE DEPARTMENT, *et al*.                                              DEFENDANTS

## ORDER

The Court finds that the interests of justice would be best served by transferring this case to the United States District Court for the Western District of Arkansas. Venue would be proper in the Western District, as defendants are located there and the events complained of allegedly occurred there. *See* 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately TRANSFER PLAINTIFF'S ENTIRE CASE FILE to the Western District of Arkansas, Fort Smith Division, Federal Building, Room 1038, 30 S. 6th Street, Fort Smith, AR 72901.

IT IS SO ORDERED this 29th day of May, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id*.